Nicholas M. Wajda (Cal. Bar No. 259178)
**WAJDA LAW GROUP, APC**
6167 Bristol Parkway
Suite 200
Culver City, California 90230
+1 310-997-0471
nick@wajdalawgroup.com

*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LINCOLN AND CHIMEA LINCOLN,<br><br>        Plaintiffs,<br><br>     v.<br><br>I.O.E. FINAL RECOVERY INC. D/B/A CORPORATE TRUST RECOVERY GROUP,<br><br>        Defendant. | Case No. 5:21-cv-00498-JGB-SP<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that KEVIN LINCOLN AND CHIMEA LINCOLN ("Plaintiffs"), hereby notify the Court that Plaintiff and Defendant, I.O.E. FINAL RECOVERY INC. D/B/A CORPORATE TRUST RECOVERY GROUP, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties propose to file a dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

1

DATED: September 22, 2021         Respectfully submitted,

KEVIN LINCOLN AND CHIMEA LINCOLN

By: */s/ Nicholas M. Wajda*
Nicholas M. Wajda
**WAJDA LAW GROUP, APC**
6167 Bristol Parkway
Suite 200
Culver City, California 90230
+1 310-997-0471
nick@wajdalawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2021, I electronically filed the foregoing with the Clerk of the Court for the District of Nevada by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by USPS Priority Mail, postage prepaid to the following participants:

C/O REGISTERED AGENT
RANDY BENNETT
111 WEST BASTANCHURY ROAD, #1G
FULLERTON, CA 92835

*/s/ Nicholas M. Wajda*